UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR RANSOM, | ) CASE NO. CV 07-1329-PA (AJW) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| TIMOTHY E. BUSBY,<br>Acting Warden, | ) |
| Respondent. | ) |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: October 8, 2010

_____
Percy Anderson
United States District Judge